No. 868. BARRON *v.* OHIO. Supreme Court of Ohio. Certiorari denied. *Richard B. McQuade* and *James D. Nestroff* for petitioner.

No. 879. WOLD ET AL. *v.* SHORELINE SCHOOL DISTRICT No. 412 ET AL. Supreme Court of Washington. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion certiorari should be granted. *Charles S. Burdell* for petitioners.

No. 756, Misc. WRIGHT *v.* WILKINS, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied.

No. 781, Misc. MINNESOTA EX REL. WILLIAMS *v.* RIGG, WARDEN. Supreme Court of Minnesota. Certiorari denied.

No. 802, Misc. FARRELL *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 808, Misc. STANTON *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 832, Misc. MACLAREN *v.* DENNO, WARDEN. C. A. 2d Cir. Certiorari denied. *John J. Seffern* for petitioner.